IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY EWERS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>PERATON, INC.<br><br>　　　　　　　　Defendant. | Case No: 1:22-cv-01374-AJT-WEF |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiffs, Anthony Ewers and Jaymar Rodriguez, and Defendant, Peraton Inc. ("the Parties"), and file this Joint Stipulation under Rule 41(a) dismissing the above-captioned case, without prejudice.

The Parties are subject to mandatory arbitration pursuant to the Parties' contractual agreement to arbitrate this matter. Therefore, the Parties hereby stipulate that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully submitted this the 3rd day of March, 2023.

Respectfully submitted,

By:   /s/  *Zev H. Antell*
Harris D. Butler (VSB No. 26483)
Craig J. Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74634)
Samantha R. Galina (VSB No. 96981)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
804-648-4848 - Telephone
804-237-0413 - Facsimile
harris@butlercurwood.com
craig@butlercurwood.com
zev@butlercurwood.com
samantha@butlercurwood.com


Richard J. (Rex) Burch
Texas Bar No. 24001807
David I. Moulton
Texas Bar No. 24051093
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone:(713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com
dmoulton@brucknerburch.com

Michael A. Josephson  Texas Bar No. 24014780
mjosephson@mybackwages.com
Andrew Dunlap  Texas Bar No. 24078444
adunlap@mybackwages.com
JOSEPHSON DUNLAP, LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 - Telephone
713-352-3300 - Facsimile

**ATTORNEYS FOR PLAINTIFFS**

By: /s/ Joe Ward by permission.
_____
Joe R. Ward III, VSB 88587
The Law Office of Joe Ward
9968 Strathfield Lane
Highlands Ranch, CO 80126
Telephone: (720) 364-5008
Email: jrw@jrwardlaw.com

And

Samuel Zurik III
THE KULLMAN FIRM
A Professional Law Corporation
1100 Poydras St., Suite 1600
New Orleans, LA 70163-1600
Tel.: (504) 524-4162
Fax: (504) 596-4189
sz@kullmanlaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on March 3, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing by electronic mail to all counsel of record.

*/s/ Zev H. Antell*_____
Zev H. Antell (VSB No. 74634)