UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ANTHONY EWERS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

    Case No.: 1:22-cv-01374-AJT-WEF

PERATON, INC.,

    Defendant.

## ORDER

Plaintiffs Anthony Ewers and Jaymar Rodriguez, and Defendant Peraton, Inc. stipulated to jointly dismiss this action under Rule 41(a).

IT IS ORDERED that this case is dismissed without prejudice.

Alexandria, Virginia, this 6 day of March 2023.

/s/
Anthony J.
UNITED STATES DISTRICT COURT JUDGE

1